**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: GEORGE E. GLOVER

: CHAPTER 13

:

:

**DEBTOR     (S)**     : BANKRUPTCY NO 12-12269 MDC

**P R A E C I P E TO WITHDRAW**

Kindly withdraw the standing Trustee's NOTICE OF FINAL CURE MORTGAGE PAYMENT in the above Captioned Chapter 13 Bankruptcy case. Docket entry #80

Respectfully submitted,

Date: October 19, 2016

/s/William C. Miller, Esquire
William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA  19107