United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 12-12269-mdc
George E. Glover    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 3               Date Rcvd: Nov 16, 2016
                              Form ID: 138NEW           Total Noticed: 54

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2016.
```
db         +George E. Glover,    6046 Lawndale Street,     Philadelphia, PA 19111-5724
cr         +WELLS FARGO BANK NA,    1 HOME CAMPUS,     MAC# X2303-01A,    DES MOINES, IA 50328-0001
cr         +WELLS FARGO BANK, NA,    MAC X23023-01A,     1 HOME CAMPUS,    DES MOINES, IA 50328-0001
cr         +Wells Fargo Bank,    MAC X2303-01A,     1 Home Campus,    Des Moines, IA 50328-0001
12695084   +BANK OF AMERICA,    PO BOX 660694,     Dallas, TX 75266-0694
12695083   #+BANK OF AMERICA,    PO BOX 10222,     Van Nuys, CA 91410-0222
12731446   +Bank of America, N.A.,    7105 Corporate Drive,     PTX B-209,    Plano, TX 75024-4100
12695086   +CAPITAL ONE,    PO BOX 71083,     Charlotte, NC 28272-1083
12843768   +CAPITAL ONE BANK (USA), N.A.,    PO Box 12907,     Norfolk VA 23541-0907
12695087   +CHASE BANK USA,    PO BOX 15153,     Wilmington, DE 19886-5153
12695088   +CITIBANK,    12234 N IH 35 SB BLDG B,    Austin, TX 78753-1725
12707942   +Department Stores National Bank/Macys,     Bankruptcy Processing,    Po Box 8053,
             Mason, OH 45040-8053
12695090   +HSBC BANK/ Neiman Marcus,    PO Box 5235,     Carol Stream, IL 60197-5235
12695111    HSBC BANK/ Neiman MarcusPO Box 5235,     Carol Stream, IL 60197
12695091   +HSBC/BEST BUY,    PO BOX 80045,     Salinas, CA 93912-0045
12695112    HSBC/BEST BUYPO BOX 80045,     Salinas, CA 93912
12695092   +MACYS,    9111 DUKE BLVD.,     Mason, OH 45040-8999
12783063    Main Street Acquisition Corp., assignee,     of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
             POB 3001,    Malvern, PA 19355-0701
12695094   +ORCHARD BANK GOLD,    PO BOX 80084,     Salinas, CA 93912-0084
12721116   +Philadelphia Gas Works,    800 W Montgomery Ave,     Phila Pa 19122-2898,
             Attn: Bankruptcy Dept 3F
12784925    VERIZON,    PO BOX 3037,    BLOOMINGTON, IL  61702-3037
12930776   +Vericrest Financial, Inc.,    13801 Wireless Way,     Oklahoma City, OK 73134-2500
12695095   +WELLS FARGO Bank,    PO Box 45092,     Jacksonville, FL 32232-5092
12695096   +WELLS Fargo Card Services,    PO Box 9210,     Des Moines, IA 50306-9210
12695117    WELLS Fargo Card ServicesPO Box 9210,     Des Moines, IA 50306
13003129   +Wells Fargo  Bank  NA,    1 Home Campus,     MAC# 2303-04C,    Des Moines IA 50328-0001
12842577    Wells Fargo Bank,    Overdraft Recovery,     P.O. Box 50014,    Roanoke, VA 24040-0014
12779536   +Wells Fargo Bank NA,    1 Home Campus,     MAC X2303-01A,    Des Moines, IA 50328-0001
13004043   +Wells Fargo Home Mortgage,    Attn: Bankruptcy Department,     3476 Stateview Blvd.,
             MAC # D3347-014,    Fort Mill, SC 29715-7203
13004042   +Wells Fargo Home Mortgage,    Attn: Payment Processing,     1 Home Campus,    MAC # 2302-04C,
             Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:40     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,     1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2016 02:10:27
             Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2016 02:10:59     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          E-mail/Text: bankruptcy.bnc@ditech.com Nov 17 2016 02:09:47     Green Tree Servicing LLC,
             PO Box 6154,    Rapid City, SD  57709-6154
cr          E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 17 2016 02:10:49     Jefferson Capital Systems LLC,
             PO BOX 7999,    ST CLOUD, MN 56302-9617
cr          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2016 02:16:51
             Midland Funding LLC by American InfoSource LP as a,    Attn: Department 1,     PO Box 4457,
             Houston, TX  77210-4457
cr          E-mail/PDF: rmscedi@recoverycorp.com Nov 17 2016 02:07:22     The Bureaus, Inc.,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
             Miami, FL  33131-1605
12695082   +E-mail/Text: broman@amhfcu.org Nov 17 2016 02:10:36     AMERICAN HERITAGE FCU,
             2060 RED LION ROAD,    Philadelphia, PA 19115-1699
12705496    E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 17 2016 02:10:40
             American Honda Finance Corporation,     National Bankruptcy Center,    P.O. Box 168088,
             Irving, TX 75016-8088
12751515    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2016 02:16:51
             American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
             Oklahoma City, OK  73126-9093
12695085   +E-mail/Text: notices@burt-law.com Nov 17 2016 02:12:00     BURTON NEIL & ASSOC,
             1060 ANDREW DRIVE,    STE 170,    West Chester, PA 19380-5600
12738294    E-mail/PDF: rmscedi@recoverycorp.com Nov 17 2016 02:07:41
             Bureaus Investment Group Portfolio No 15 LLC,    c/o Recovery Management Systems Corp,
             25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
12695089   +E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:40     CITY OF PHILADELPHIA,
             1515 ARCH STREET, 15TH FLOOR,    Philadelphia, PA 19102-1504
12848398    E-mail/Text: bankruptcy@phila.gov Nov 17 2016 02:11:40
             City of Philadelphia, Law Department  Tax Unit,    One Parkway Building,
             1515 Arch Street, 15th Floor,    Philadelphia, PA 19102-1595
```

```
District/off: 0313-2           User: Stacey                Page 2 of 3                   Date Rcvd: Nov 16, 2016
                               Form ID: 138NEW             Total Noticed: 54

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13192227       E-mail/Text: bankruptcy.bnc@ditech.com Nov 17 2016 02:09:47       Green Tree Servicing, LLC,
                PO BOX 0049,    Palatine, IL 60055-0049
12755827       E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 17 2016 02:10:49       Jefferson Capital Systems LLC,
                PO BOX 7999,    SAINT CLOUD MN 56302-9617
12767069      +E-mail/Text: bncmail@w-legal.com Nov 17 2016 02:10:50
                KEYSTONE RECOVERY PARTNERS LLC, SERIES A,    C O WEINSTEIN AND RILEY, PS,
                2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13028909       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 17 2016 02:16:51      Midland Funding LLC,
                by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
                Houston, TX  77210-4457
12695093      +E-mail/Text: bnc@nordstrom.com Nov 17 2016 02:09:40       Nordstrom,    PO Box 6565,
                Englewood, CO 80155-6565
12778344      +E-mail/Text: bnc@nordstrom.com Nov 17 2016 02:09:40       Nordstrom fsb,    P.O. Box 6566,
                Englewood, CO 80155-6566
12713800      +E-mail/Text: bncmail@w-legal.com Nov 17 2016 02:10:44       OAK HARBOR CAPITAL IV, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12756293       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2016 02:17:39
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13024894      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2016 02:16:52
                PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12729993       E-mail/PDF: rmscedi@recoverycorp.com Nov 17 2016 02:07:00
                Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 24

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12695110        CITY OF PHILADELPHIA,    1515 ARCH STREET, 15TH FLOORPhiladelphia
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12695103*      +AMERICAN HERITAGE FCU,    2060 RED LION ROAD,    Philadelphia, PA 19115-1699
12779778*      +American Heritage FCU,    2060 Red Lion Rd.,    Philadelphia, PA 19115-1699
12695105*      +BANK OF AMERICA,    PO BOX 660694,    Dallas, TX 75266-0694
12695104*      +BANK OF AMERICA,    PO BOX 10222,    Van Nuys, CA 91410-0222
12695106*      +BURTON NEIL & ASSOC,    1060 ANDREW DRIVE,    STE 170,    West Chester, PA 19380-5600
12695107*      +CAPITAL ONE,    PO BOX 71083,    Charlotte, NC 28272-1083
12695108*      +CHASE BANK USA,    PO BOX 15153,    Wilmington, DE 19886-5153
12695109*      +CITIBANK,    12234 N IH 35 SB BLDG B,    Austin, TX 78753-1725
12695113*      +MACYS,    9111 DUKE BLVD.,    Mason, OH 45040-8999
12695114*      +Nordstrom,    PO Box 6565,    Englewood, CO 80155-6565
12695115*      +ORCHARD BANK GOLD,    PO BOX 80084,    Salinas, CA 93912-0084
12695116*      +WELLS FARGO Bank,    PO Box 45092,    Jacksonville, FL 32232-5092
                                                                                   TOTALS: 1, * 13, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRUCE J. TRAWICK    on behalf of Debtor George E. Glover brucejitzi@gmail.com,   srowe@dc33lsp.org
              DAVID H. LIPOW    on behalf of Creditor    BANK OF AMERICA, N.A. bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              DAVID H. LIPOW    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
```

```
District/off: 0313-2           User: Stacey                Page 3 of 3                  Date Rcvd: Nov 16, 2016
                               Form ID: 138NEW             Total Noticed: 54
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
          GREGORY   JAVARDIAN    on behalf of Creditor    Bank of America, N.A. greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          GREGORY   JAVARDIAN    on behalf of Creditor    Vericrest Financial, Inc. greg@javardianlaw.com,
           mary@javardianlaw.com;tami@javardianlaw.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          JEROME B. BLANK    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
          JOSEPH PATRICK SCHALK    on behalf of Creditor    WELLS FARGO BANK, NA paeb@fedphe.com
          MARIO J. HANYON    on behalf of Creditor    Green Tree Servicing LLC paeb@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 14
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: George E. Glover
      Debtor(s)

Bankruptcy No: 12−12269−mdc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 11/16/16

85 – 84
Form 138_new